UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-10247-GAO

ROBINSON RIOS and MAURICIO MADRID,
on behalf of themselves and others similarly situated,
Plaintiffs,

v.

CURRENT CARRIER CORP., d/b/a NOW DELIVERY,
and STEVEN A. WRIGHT,
Defendants.

ORDER
April 29, 2016

O'TOOLE, D.J.

After review, the Court GRANTS the Joint Motion to Approve Settlement (dkt. no. 48) and APPROVES the Settlement Agreement and Release (dkt. no. 48-1). Accordingly, the individual plaintiffs' claims against the defendants are DISMISSED with prejudice, without costs, attorneys' fees, or interest, and with plaintiffs waiving all rights of appeal.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge